UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE UNITED FOOD AND COMMERCIAL WORKERS UNION AND PARTICIPATING FOOD INDUSTRY EMPLOYERS HEALTH AND WEFARE FUND<br><br>Plaintiff,<br><br>v.<br><br>MT. LAUREL CENTER FOR REHABILITATION AND HEALTH CARE, subsidiary of CENTERS HEALTH CARE<br><br>Defendant. | 1:19-cv-15417-NLH-KMW<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this ___1st_____ day of May 2020,

ORDERED that Plaintiff's Motion for Default Judgment [ECF No. 6] be, and the same hereby is, GRANTED.

ORDERED that the Clerk of the Court shall mark the case as CLOSED.

At Camden, New Jersey

___s/ Noel L. Hillman_____
NOEL L. HILLMAN, U.S.D.J.